**FILED**
May 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 10-0138-EFB
Plaintiff, )
v. )
) ORDER FOR RELEASE OF
BRADFORD ALAN PETERSON, ) PERSON IN CUSTODY
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRADFORD ALAN PETERSON, Case No. MAG. 10-0138-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✓ Bail Posted in the Sum of: $ 25,000.00

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    ✓ (Other) <u>Conditions as stated on the record.</u>

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-13-10 at 2:45 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge