DANIEL J. BRODERICK, #89424
Federal Defender
Douglas Beevers, AZ Bar #16370
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Bradford Alan Peterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-205 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| BRADFORD ALAN PETERSON, | ) |
| Defendant. | ) |
| _____ | ) |

This matter came on calendar for a status conference hearing on June 22, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America.  Assistant Federal Defender Douglas Beevers appeared on behalf of Defendant Bradford Alan Peterson, who was present before the court.

The parties stipulated to a briefing schedule as follows: Defense Motion(s) due by 07/22/2010, Response due by 08/23/2010, Reply due by 09/07/2010, Non-Evidentiary Motion Hearing set for 09/14/2010 at 9:15am.

///

1    Accordingly, the parties agreed to exclude time from calculation
2 under the Speedy Trial Act for the reasons stated above, pursuant to 18
3 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
4 counsel, from June 22, 2010, up until and including July 22, 2010;
5 thereafter pursuant to pending motions, local code E.

6    **IT IS HEREBY ORDERED** that this matter is set for a Non-Evidentiary
7 Motion Hearing on 09/14/2010 at 9:15am, with the briefing schedule as
8 follows: Defense Motion(s) due by 07/22/2010, Response due by
9 08/23/2010, Reply due by 09/07/2010.

10    **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
11 and (B)(iv), and Local Code T4, the period from June 22, 2010, up to
12 and including July 22, 2010 is excluded from the time computations
13 required by the Speedy Trial Act due to counsel preparation; thereafter
14 pursuant to pending motions, local code E.

16 Dated: June 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT