DANIEL J. BRODERICK, #89424
Federal Defender
Douglas Beevers, AZ Bar #16370
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Bradford Alan Peterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-205 LKK |
| Plaintiff, | ) |
| v. | ) TIME EXCLUSION ORDER |
| BRADFORD ALAN PETERSON, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a Motion Hearing re: Motion to Dismiss Indictment, on September 21, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America. Assistant Federal Defender Douglas Beevers appeared on behalf of Defendant Bradford Alan Peterson, who was present before the court.

    After oral argument, the Motion to Dismiss the Indictment was denied. At the request of counsel, a Further Status Conference was set for October 26, 2010 at 9:15am.

1  Accordingly, the parties agreed to exclude time from calculation
2  under the Speedy Trial Act for the reasons stated above, pursuant to 18
3  U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
4  counsel, from September 21, 2010, up to and including October 26, 2010.

5  **IT IS ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and
6  (B)(iv), and Local Code T4, the period from September 21, 2010, up to and
7  including October 26, 2010 is excluded from the time computations
8  required by the Speedy Trial Act due to counsel preparation.

10  Dated: September 28, 2010

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT