```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADFORD PETERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-CR-205 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | BENCH WARRANT AND RESETTING |
| ) | SENTENCING |
| BRADFORD PETERSON, ) | |
| ) | Date:  March 1, 2011 |
| Defendants. ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Jared Dolan, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant BRADFORD PETERSON, that the bench warrant that was stayed be withdraw, and that the sentencing hearing be reset for March 1, 2011 at 9:30 a.m.  As grounds for the motion, the Defense states that the Defendant left an after hours message on the Federal Defenders telephone system which reached a secretary's back up message folder rather than Attorney Beevers answering machine.  Mr. Peterson's message requested that Attorney Beevers reschedule court because he was too sick with the flu.

Later this morning Mr. Peterson's pretrial service officer, Tai Gaskins, did a pre-scheduled home visit at Mr. Peterson's residence and verified that he was home and very sick. She advised that when he is in bed he is often unable to hear his telephone. Officer Gaskins was not aware that Mr. Peterson had not shown up for court. The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to continuing Mr. Peterson's pretrial release for an additional week.

**IT IS SO STIPULATED**

Dated: February 23, 2011                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Douglas J. Beevers*
                                            _____
                                            DOUGLAS J. BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BRADFORD PETERSON

Dated: February 23, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            */s/ Jared Dolan*
                                            _____
                                            Jared Dolan
                                            Assistant U.S. Attorney

### O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant BRADFORD PETERSON pretrial release is reinstated and his sentencing hearing is continued until March 1, 2011 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: February 24, 2011                    LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT