1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   BRADFORD PETERSON

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-10-205-LKK
                                   )
12                  Plaintiff,     )
                                   )  STIPULATION FOR ORDER EXTENDING
13        v.                       )  DATE FOR SELF-SURRENDER; ORDER
                                   )
14  BRADFORD PETERSON,             )
                                   )
15                  Defendant.     )  Judge: Hon. Lawrence K. Karlton
                                   )
16  _____)

17        Defendant, BRADFORD PETERSON, through counsel, hereby requests a

18  two-week extension of his self-surrender date from April 26, 2011 to

19  May 10, 2011 at 2:00 p.m.  The United States does not oppose this

20  request.

21        Mr. Peterson seeks an extension of time to self-surrender because

22  he has not yet been designated to an institution by the BOP.  The

23  Marshals have indicated that the Office of Medical Detention is having

24  difficulty finding appropriate placement for Mr. Peterson due to his

25  medical issues.  They have suggested that a continuance of two weeks is

26  sufficient time to allow for such designation.

27        Government counsel, Jared Dolan, stipulates that Mr. Peterson's

28  self-surrender date should be continued to allow BOP sufficient time

1    for appropriate designation.

2         Based upon the foregoing, the parties stipulate and request that

3    this Court vacate the self-surrender date of April 26, 2011, and enter

4    an Order extending the self-surrender date two weeks to May 10, 2011.

5    Dated:  April 22, 2011
                                    Respectfully submitted,
6
                                    DANIEL J. BRODERICK
7                                   Federal Defender

8

9                                   /s/ Linda C. Harter for
                                    DOUGLAS BEEVERS
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  BRADFORD PETERSON

12

13   Dated:  April 22, 2011         BENJAMIN B. WAGNER
                                    United States Attorney
14

15                                  /s/ Jared Dolan
                                    JARED DOLAN
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
17

18                      **O R D E R**

19        The self-surrender date of April 26, 2011 is vacated.  Defendant,

20   Bradford Peterson, shall surrender to the facility designated by the

21   Bureau of Prisons or to the United States Marshal Service on May 10,

22   2011 by 2:00 p.m.

23   DATED: April 25, 2011

24                                   _____
                                     LAWRENCE K. KARLTON
25                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
26

27

28

Stipulation/Extension of Self-Surrender   -2-